UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANTE H. PATTISON,

        Petitioner,                    2:12-cv-00315-KJD-PAL

vs.                                       **ORDER**

COLE MORROW, *et al.*,

        Respondents.

       This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner who is represented by counsel. Petitioner has filed a third motion for an extension of time in which to file an amended petition. (ECF No. 14). Petitioner seeks a 60-day enlargement of time, up to and including February 11, 2013, to file an amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

       **IT IS THEREFORE ORDERED** that petitioner's third motion for an extension of time to file an amended petition (ECF No. 14) is **GRANTED.** The amended petition shall be filed on or before **February 11, 2013. No further extensions will be granted in the absence of extraordinary circumstances.**

       December 13, 2012.

_____
UNITED STATES DISTRICT JUDGE