1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                              **DISTRICT OF NEVADA**
7
8
   DANTE H. PATTISON,                    )
9                                        )
            Petitioner,                  )        2:12-cv-00315-KJD-PAL
10                                       )
   vs.                                   )        **ORDER**
11                                       )
   COLE MORROW, *et al.*,                )
12                                       )
            Respondents.                 )
13   _____/
14
15          This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a
16   Nevada state prisoner who is represented by counsel.  Petitioner has filed a third motion for an
     extension of time in which to file an amended petition.  (ECF No. 14)  Petitioner seeks a 60-day
17
     enlargement of time, up to and including February 11, 2013, to file an amended petition.  Having
18
     reviewed the motion and good cause appearing, petitioner's motion is granted.
19
            **IT IS THEREFORE ORDERED** that petitioner's third motion for an extension of time to
20
     file an amended petition (ECF No. 14) is **GRANTED.**  The amended petition shall be filed on or
21
     before **February 11, 2013.  No further extensions will be granted in the absence of**
22
     **extraordinary circumstances.**
23
            December 13, 2012.
24
25
26                                                   _____
                                                     UNITED STATES DISTRICT JUDGE